# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| **KELLEY E. THURMAN** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| | ) CASE NO: 4:11-CV-00073 SEB WGH |
| v. | ) |
| | ) |
| | ) |
| U.S. BANK, NA | ) |
| | ) |
| **DEFENDANT** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kelley E. Thurman, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby tenders this Stipulation of Dismissal, signed by counsel for all Parties appearing in the action, dismissing Plaintiff's claims against Defendant U.S. Bank, NA, in their entirety, with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

s/ P. Stewart Abney (*with permission*)
P. Stewart Abney
stewartabney@gmail.com
Samuel G. Hayward
samuelghayward@hotmail.com
Adams, Hayward & Welsh
4036 Preston Highway
Louisville, KY 40213
(502) 366-6456
(502) 366-4095 (facsimile)
*Counsel for Plaintiff Kelley E. Thurman*

-- and --

/s/ Susan C. Lonowski
Susan C. Lonowski
slonowski@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
(502) 589-5400
(502) 581-1087 (facsimile)
*Counsel for Defendant U.S. Bank, N.A.*

LOULibrary 0100652.0590936   1306954v1